IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERIC BLOCKER GARLAND,**

 **Plaintiff,**

**v.**           **Case No. 4:19cv540-MW/MJF**

**ANN COFFIN and**
**MARK HAMILTON,**

 **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
<u>**REPORT AND RECOMMENDATION**</u>

 This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,

 **IT IS ORDERED:**

 The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** without prejudice for Plaintiff's failure to pay the filing fee and his failure to comply with two court orders." The Clerk shall also close the file.

 **SO ORDERED on April 22, 2020.**

               **s/Mark E. Walker**
               **Chief United States District Judge**